IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| REBECCA GARREN LANNING, ) <br> ) <br> Plaintiff ) <br> ) <br> v ) <br> ) <br> EATON CORPORATION AND THE ) <br> EATON HEALTH AND WELFARE ) <br> ADMINISTRATIVE COMMITTEE, ) <br> BROADSPIRE NATIONAL SERVICES, INC., ) <br> ) <br> Defendants. ) | CIVIL NO. 1:06cv52 |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of Jeffrey D. Zimon of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP to appear as additional counsel for the defendants, Eaton Corporation and the Eaton Health and Welfare Administrative Committee, in this matter filed on April 10, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Jeffrey D. Zimon is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: April 11, 2006

_____

Dennis L. Howell
United States Magistrate Judge