# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:06CV52

| | |
|---|---|
| REBECCA GARREN LANNING, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>EATON CORPORATION; THE EATON )<br>CORPORATION HEALTH AND )<br>WELFARE ADMINISTRATIVE )<br>COMMITTEE; and BROADSPIRE )<br>NATIONAL SERVICES, INC., )<br>)<br>) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the March 2007 term in the Asheville Division.

The Court has under advisement the Plaintiff's objections to the Magistrate Judge's Memorandum and Recommendation; the Court will not complete its review of these matters in time for the parties to adequately prepare for trial for the March 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's May 2007 term in the Asheville Division.

2

Signed: February 16, 2007

*(signature)*

Lacy H. Thornburg
United States District Judge