# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV52

| | |
|---|---|
| REBECCA GARREN LANNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **J U D G M E N T** |
| ) | |
| EATON CORPORATION; THE EATON ) | |
| CORPORATION HEALTH AND ) | |
| WELFARE ADMINISTRATIVE ) | |
| COMMITTEE; and BROADSPIRE ) | |
| NATIONAL SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons stated in the Memorandum of Opinion filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, the Plaintiff's motion for summary judgment is **DENIED**, the decision of the Plan Administrator denying the Plaintiff long term disability benefits is **AFFIRMED**, and this action is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: April 24, 2007

Lacy H. Thornburg
United States District Judge